ACCEPTED
06-15-00074-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 11:16:53 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NOS. 06-15-00074-CR and 06-15-00075-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 11:16:53 AM
DEBBIE AUTREY
Clerk

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

GLENN EDWIN RUNDLES, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NOS. 25636 & 25637;
HONORABLE WILLIAM H. HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) SECOND MOTION TO EXTEND TIME TO FILE BRIEF

_____

Gary D. Young
Lamar County and District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas     75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NOS. 06-15-00074-CR and 06-15-00075-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA
_____

GLENN EDWIN RUNDLES, Appellant

V.

THE STATE OF TEXAS, Appellee
_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NOS. 25636 & 25637;
HONORABLE WILLIAM H. HARRIS, JUDGE
_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME TO FILE BRIEF
_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which to file the Appellee's (State's) Brief upon

good cause shown below.

## I.

On or about September 24, 2015, the appellant, Glenn Edwin Rundles (Rundles), filed his brief in the above-styled and numbered appellate causes. The appellee's (State's) brief is due on or before November 25, 2015.

This motion to extend time seeks an additional five (5) days from November 25th for the State to file its brief. The State asks for an extension until Monday, November 30th to file its brief.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. In the District Court, the cause numbers were 25636 and 25637.

## III.

On or about May 11, 2015, the appellant (Rundles) filed his notice of appeal in this Court. By electronic filing or about June 12, 2015, the District Clerk of Lamar County filed the Clerk's Record. The official court reporter filed the Reporter's Record on or about along with the exhibits on or about July 10, 2015.

The appellant (Rundles) filed his first motion to extend time to file his brief, which this Court granted on or about August 6, 2015. The appellant then filed his second motion, which this Court granted on or about

September 15, 2015.    Then, Rundles filed his appellant's brief on September 24, 2015.

On or about October 26th, the appellee (State) filed its first motion to extend time, which this Court granted.   The appellee's (State's) brief is currently due on or before November 25, 2015.

IV.

Since the granting of the State's first motion to extend time on October 26th, counsel for the appellee (State) was preparing the proposed findings of fact and conclusions of law during the week beginning on October 21st through October 28th in cause number 20462-HC-4, *et. seq.* styled *Ex parte Orian Lee Scott* in the 6th Judicial District Court of Lamar County.   From October 28th through October 30th and November 2nd through November 6th, counsel had criminal dockets in the 6th Judicial District Court of Lamar County.

On November 10, 2015, counsel for the State had a motion to revoke hearing scheduled for *The State of Texas v. Segovia*, *The State of Texas v. Gibson* and *The State of Texas v. Maroney*.   On November 10th, counsel for the State was also preparing criminal cases for grand jury proceedings on November 12th.   The Lamar County Commissioners recognized November 11, 2015 as a county holiday for Veterans' Day and counsel for the State was

4

on vacation from November 11th through November 13, 2015. On November 16th, counsel for the State had a criminal docket for arraignments and plea bargains. Finally, counsel for the State had a criminal docket for pre-trial motions and revocations on November 17th.

In addition to the criminal dockets and hearings above, counsel for the appellee (State) was preparing and completing the appellee's (State's) brief in cause number 06-15-00024-CR styled *Rodney Boyett v. The State of Texas* in the Sixth Judicial District Court of Appeals at Texarkana (now set for submission on December 3, 2015).

Finally, Pam Bull, the chief deputy clerk in the County and District Attorney's Office of Lamar County, will be on vacation from November 20th through November 30, 2015.

Due to these circumstances, counsel for the appellant (State) was unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another five (5) days from November 25th to November 30, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. As the appellee, the State requests that an extension of time until Monday, November 30, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Second Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional five (5) days in which to file its brief on or before Monday, November 30, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
        Gary D. Young, County Attorney
        SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

## VERIFICATION

STATE OF TEXAS          §
                       §
COUNTY OF LAMAR   §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing Second Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

SUBSCRIBED AND SWORN TO BEFORE ME on the 19th day of November, 2015, to certify which witness my hand and official seal.

PAM BULL
Notary Public, State of Texas
My Commission Expires
July 24, 2018

_____
Notary Public, State of Texas

7

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Second Motion to Extend Time for Filing Brief has been served on the 19th day of November, 2015 upon the following:

> Don Biard
> McLaughlin, Hutchison & Biard
> 38 First Northwest
> Paris, TX    75460

_____
GARY D. YOUNG
gyoung@co.lamar.tx.us